NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**MATTHEW BECKELY, AKA DYLAN MATTHEWS, AKA D-MATT, DBA AMERADA MUSIC,**
*Plaintiff-Appellant,*

**v.**

**REINHARD RAITH, AKA CRAZY FROG, AKA VOODOO & SERANO, RONALD CARROLL, AKA RON CARROLL, AKA R.O.N.N., CERESIA BLANCHARD, AKA CERESIA, PATRICK WEBER, VOODOO MUSIC GMBH, EMBASSY OF MUSIC GMBH, KONRAD VON LOHNEISEN, ONE ENTERTAINMENT GROUP, LLC AND YOUTUBE, LLC,**
*Defendants-Appellees.*

_____

2014-1213

_____

Appeal from the United States District Court for the Northern District of California in No. 3:13-cv-02707-WHA, Judge William H. Alsup.

_____

**O R D E R**

Matthew Beckely has failed to file an initial brief as required by Federal Circuit Rule 31.

Accordingly,

2                                                      BECKELY v. RAITH

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE: April 9, 2014